UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

                    Plaintiff,

                                        CRIMINAL NO. 06-x-51095

v.

                                        HONORABLE PAUL D. BORMAN

JOHN GARY PIZZUTI, SR.,

                    Defendant.
_____/

## ORDER OF DISMISSAL


        Leave of the Court is granted for the reasons stated in the government's motion to
dismiss the above-numbered Motion for Order to Show Cause against JOHN GARY
PIZZUTI, SR.  Accordingly, IT IS HEREBY ORDERED that the Motion for Order to
Show Cause against the defendant be dismissed without prejudice, and that defendant's
appearance bond, if any, be canceled.

        **IT IS SO ORDERED.**


                                        s/Paul D. Borman_____
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE
Dated:  August 27, 2007

                        CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S.
Mail on August 27, 2007.


                                        s/Denise Goodine_____
                                        Case Manager